

**GRANTED**

The moving party is hereby ORDERED to provide a copy of this Order to any pro se parties who have entered an appearance in this action within 10 days from the date of this order.

_____
**Christopher J. Munch**
**Jefferson District Court Judge**
DATE OF ORDER INDICATED ON ATTACHMENT

| | |
|---|---|
| DISTRICT COURT, JEFFERSON COUNTY, COLORADO<br>100 Jefferson County Parkway<br>Golden, Colorado 80401<br>303-271-6145<br>**Plaintiff:**<br><br>KRISTA M. FERNDELLI, an individual,<br><br>v.<br><br>**Defendant**:<br><br>TRAVELEX CURRENCY SERVICES, INC., a Delaware corporation. | ▲ **COURT USE ONLY** ▲<br>_____<br>Case No.  2011-cv-4754<br><br>Division: 7 |
| **[PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** | |

      The Court, have reviewed Defendant Travelex Currency Services, Inc.'s Unopposed Motion for Enlargement of Time to Answer or Otherwise Respond to Plaintiff's Complaint, and being advised of the premises,

      HEREBY GRANTS the Motion and Orders that Defendants Travelex Currency Services, Inc. shall have up to and including December 21, 2011, to file an Answer or otherwise respond to Plaintiff's Complaint

      Dated this _____ day of _____, 2011.

                                          BY THE COURT,

                                          _____
                                          DISTRICT COURT JUDGE
DEN 97679659v

This document constitutes a ruling of the court and should be treated as such.

| | |
|---:|:---|
| **Court:** | CO Jefferson County District Court 1st JD |
| **Judge:** | Christopher J Munch |
| **Alternate Judge:** | Unassigned |
| **File & Serve Transaction ID:** | 41136272 |
| **Current Date:** | Nov 30, 2011 |
| **Case Number:** | 2011CV4754 |
| **Case Name:** | FERNDELLI, KRISTA M vs. TRAVELEX CURRENCY SERVICES INC |
| **Court Authorizer:** | Christopher J Munch |

**Court Authorizer Comments:**

Granted -- CJM 11/30/11

**/s/ Judge Christopher J Munch**