**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-03235-REB-KMT

KRISTA M. FERNDELLI,

    Plaintiff,

v.

TRAVELEX CURRENCY SERVICES, INC.,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter before me is the **Joint Stipulated Motion For Dismissal With Prejudice** [#22][1] filed October 26, 2012. After reviewing the motion and the record, I conclude that the motion should be granted and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Joint Stipulated Motion For Dismissal With Prejudice** [#22] filed October 26, 2012, is **GRANTED**;

    2. That the Final Pretrial Conference and the Trial Preparation Conference set for February 8, 2013, are **VACATED**;

    3. That the jury trial set to commence February 25, 2013, is **VACATED**; and

---

[1] "[#22]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated October 26, 2012, at Denver, Colorado.

BY THE COURT:

*Bob Blackburn*
Robert E. Blackburn
United States District Judge